12C

OTT: 4/8/25

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

## Petition and Order for Warrant for Person Under Supervision

Name of Person: **David Wayne Shuck**     Docket Number: **2:24CR00152-001**

AZ NO. 25-3143 MJ

Name of Sentencing Judicial Officer:     **Honorable Clark Waddoups**
                                          **Senior U.S. District Judge**

Date of Original Sentence: **December 2, 2024**
Original Offense: **Failure to Register as a Sex Offender**
Original Sentence: **7 Months Imprisonment/60 Months Supervised Release**

Type of Supervision: **Supervised Release**     Supervision Began: **December 10, 2024**

### PETITIONING THE COURT

☒ To issue a warrant and toll the supervision term

Last known address: 463 South 400 West (Rescue Mission of Salt Lake City), Salt Lake City, Utah 84101

### CAUSE

The probation officer believes that this person has violated the conditions of supervision as follows:

**Allegation No. 1:** From December 10, 2024, to February 14, 2025, the person under supervision failed to attend and participate in sex-offender treatment, as directed by his/her U.S. Probation Officer.

Evidence in support of this allegation derives from U.S. Probation Office records and supervision efforts therein. The defendant has not enrolled in sex offender treatment as directed since his release.

**Allegation No. 2:** On or about January 29, 2025, the person under supervision viewed, accessed, or possessed sexually explicit material.

Evidence in support of this allegation derives from U.S. Probation Office records and supervision efforts therein. On January 29, 2025, the defendant consented to a manual inspection of his cell phone which revealed that he had accessed sexually explicit material.

**Allegation No. 3:** On or about February 3, 2025, the defendant failed to notify his U.S. Probation Officer of his change in living arrangements. The defendant's whereabouts are currently unknown.

Evidence in support of this allegation derives from communications from the staff at the Rescue Mission of Salt Lake City, who indicate they have not seen the defendant for approximately two weeks. The defendant did not report a change of living arrangement to the probation officer.

**Allegation No. 4:** On or about February 6, 2025, the person under supervision committed another federal, state, or local crime, to wit: failed to register with the Utah State Sex Offender Registry.

PROB 12C                                                                                              David Wayne Shuck
D/UT 03/19                                                                                            2:24CR00152-001

Evidence in support of this allegation derives from the Utah State Sex Offender Registry records which reflect the defendant failed to report a change of address within 72 hours of February 1, 2025, when he ceased residency at the Rescue Mission of Salt Lake City. Further, the defendant failed to report any new address to the registry following the same date.

**Allegation No. 5:** On February 12, 2025, the person under supervision failed to report to the U.S. Probation Office as instructed.

Evidence in support of this allegation is from U.S. Probation Office records and supervision efforts therein. The defendant was instructed by the probation officer to report to the probation office at noon on February 12, 2025.

I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Clifford Hamilton*
by Clifford Hamilton
U.S. Probation Officer
February 14, 2025

---

### THE COURT ORDERS:

☑ The issuance of a warrant and tolling of the supervision time
☐ The issuance of a summons
☐ Expedited hearing set for: _____ at _____ before
   U.S. Magistrate Judge _____
☐ No action
☐ Other

*/s/ Clark Waddoups*
Honorable Clark Waddoups
Senior United States District Judge
Date: February 14, 2025

# United States District Court
## for the
### District of Utah

**RECEIVED**
By THewlett at 10:33 am, Feb 18, 2025

UNITED STATES OF AMERICA

v.

**Shuck**

Case No: 2:24-cr-00152-CW-1

## ARREST WARRANT

To: The United States Marshal
and any authorized law enforcement officer

YOU ARE HEREBY COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay (name of person to be arrested) **DAVID WAYNE SHUCK**,

who is accused of an offense or violation based on the following document filed with the court:

[X] Indictment    [ ] Superseding Indictment    [ ] Information    [ ] Superseding Information
[ ] Complaint    [ ] Order of court    [ ] Violation Notice    [ ] Probation Violation Petition
[ ] Supervised Release Violation Petition

This offense is briefly described as follows:

**Alleged Violations of the Conditions of Supervised Release**

in violation of _____ United States Code.

Gary P. Serdar / Name of Issuing Officer — Clerk of Court / Title of Issuing Officer

Signature of Issuing Officer — February 18, 2025 at Salt Lake City, Utah / Date and Location

By: Jennifer Jensen
    Generalist Clerk

Bail fixed _____ by _____
                                     Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |